TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

LODGED

MAR 2 9 2005

ORIGINAL

RECEIVED

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   A3-61 CV (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WRIT OF EXECUTION |
| | ) | ON PERMANENT FUND DIVIDEND |
| WILLIAM J. MORRISON, | ) | |
| SS | ) | |
| DC                        6 | ) | |
| | ) | |
| ınt. | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On December 22, 1993, a judgment was entered in the docket of
the above-entitled court and action, in favor of the United States
of America as judgment creditor and against WILLIAM J. MORRISON as
judgment debtor, for

$2,177.02      principal

$2,030.18      interest

$ 497.42      10% surcharge pursuant to 28 U.S.C. § 3011

$ 87.00      costs

$4,723.62      JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$2,109.11 accrued interest on judgment principal

$.00      accrued interest on surcharge principal, and

$187.50   accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$437.28   which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

$6,582.95 ACTUALLY DUE on March 21, 2005, of which $6,342.77 is due on the judgment as entered <u>with compounded interest added thereto to create a new interest-accruing balance, per 28 U.S.C. § 1961,</u> and bears interest at the rate of 3.61% per annum in the amount of:

$.63      PER DAY on the judgment principal, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

2

DATED this 24 day of *March* , 2005, at Anchorage, Alaska.

IDA ROMACK
CLERK OF COURT

**REDACTED SIGNATURE**

No further action will be
take on this writ.  All
process has been previously
returned to the Clerk of
Court.

3